# In the United States District Court
## for the Southern District of Georgia
### Savannah Division

JOSEPH LEE JONES, JR.,

      Petitioner,

    v.

ROBERT TOOLE,

      Respondent.

4:25-cv-136

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss, to dismiss as untimely Petitioner Joseph Jones's ("Jones") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, and to deny as moot Jones's remaining Motions. Dkt. No. 38. Jones did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss, **DISMISS as untimely** Jones's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, and **DENY as moot** Jones's remaining Motions. Dkt. Nos. 8,

21, 22, 23, 24.  I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Jones *in forma pauperis* status on appeal and a Certificate of Appealability.

 **SO ORDERED**, this _____ day of August, 2026.

                     _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2